# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY HECKATHORN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV224** |
| vs. ) | |
| ) | **ORDER** |
| **BNSF RAILWAY COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on plaintiff's motion to file a redacted version of the complaint (Filing No. 6). The Court finds said motion should be granted. Accordingly,

**IT IS ORDERED:**

1) The Clerk shall seal plaintiff's original complaint (Filing No. 1).

2) Plaintiff shall file a redacted version of the complaint on or before May 27, 2005.

**DATED May 23, 2005.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**